

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00646-CV

Ruiqin **MAYFIELD**,
Appellant

v.

Kimi Ly **ROSE**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025-CV-05914
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Velia J. Meza, Justice

Delivered and Filed: December 23, 2025

DISMISSED FOR WANT OF PROSECUTION

When appellant filed this appeal, she was required to pay a filing fee of $205.00. *See* TEX. GOV'T CODE §§ 51.0051, 51.207(b)(1), 51.208, 51.941(a); TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, AND IN THE BUSINESS COURT (Misc. Docket No. 24-9047, July 26, 2024). Appellant did not pay the required filing fee when she filed the notice of appeal. The clerk of the court notified appellant of this deficiency in a letter dated

October 10, 2025, and advised appellant the filing fee was due by October 20. On November 20, when the fee remained unpaid, we ordered appellant to show cause in writing that either (1) the filing fee has been paid, or (2) she was entitled to appeal without paying the filing fee by December 4, 2025. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). We further advised appellant that if she failed to respond satisfactorily within the time ordered, the appeal would be dismissed. *See id.* R. 5, 42.3(c).

The filing fee has not been paid, and appellant has not otherwise responded to our November 20 order. We therefore order this appeal dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(c). We further order that appellee recover costs of this appeal, if any, from appellant.

PER CURIAM